UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Cause No. 3:07-00159-03 |
| ANTHONY KENNEDY, ) | JUDGE ROBERT L. ECHOLS |
| ) | |
| Defendant, ) | |
| ) | |
| S & H INSTALLERS, ) | |
| ) | |
| Garnishee. ) | |

**CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT**

You are hereby notified that the non-exempt property of Anthony Kennedy is being taken by the United States of America which has a court judgment in the District Court of Middle Tennessee in the sum of $70,200.00. A balance of $67,155.00 remains outstanding.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if Anthony Kennedy can show that the exemptions apply. Below is a summary of the major exemptions that apply in most situations.

Under section 3013(a) of the Federal Debt Collections Procedures Act, 28 U.S.C. §3013(a), you, Anthony Kennedy, may be able to claim the following as exempt from garnishment if they apply to you:

   a) apparel and school books

   b) fuel, furniture, and personal effect not to exceed $8,370

   c) books and tools of the trade not to exceed $4,180

d) unemployment benefits

e) undelivered mail

f) annuity or pensions under the Railroad Retirement Act; Army, Navy, Air Force, Coast Guard pensions

g) workman's compensation

h) child support

i) disability payments

j) SSI or state or local public assistance

k) assistance under the Job Training Partnership Act

If you are Anthony Kennedy, you have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the above exemptions.

If you want a hearing, you must notify the court within 20 days after receipt of the notice. You must make your request in writing and either mail it or deliver it to the Clerk of the United States District Court at 800 U.S. Courthouse, 801 Broadway, Nashville, TN 37203. YOU MUST STATE A REASON FOR HOLDING THE HEARING. If you wish, you may use the last page of this notice, entitled Request for Hearing, to request the hearing by filling out the information and checking an appropriate box, if applicable to you. You must either mail the Request for Hearing or deliver it in person to the Clerk of the United States District Court at 800 U. S. Courthouse, 801 Broadway, Nashville, Tennessee 37203. You must also send a copy of your request to the United States Attorney at 9th Floor U. S. Courthouse, Attn: Michael L. Roden, AUSA, 110 9th Avenue South, Suite A-961, Nashville, Tennessee 37203, so the Government will

know you want a hearing. The hearing will take place within 5 days after the Clerk receives your request, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt. If you do not request a hearing within 20 days of receiving this notice, your non-exempt wages or earnings will be paid on the debt you owe the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the United States District Court, 800 United States Courthouse, 801 Broadway, Nashville, TN 37203. You must also send a copy of your request to the Government at United States Attorney, Attn: Michael L. Roden, AUSA, 9th Floor, U.S. Courthouse, 110 9th Avenue South, Suite A-961, Nashville, TN 37203, so that the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice and the request for a hearing for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court.

The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

DATE: AUG 0 4 2015

United States District Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 3:07-00159-03 |
| ) | JUDGE ROBERT L. ECHOLS |
| ANTHONY KENNEDY, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| S & H INSTALLERS, ) | |
| ) | |
| Garnishee. ) | |

**REQUEST FOR A HEARING**

Pursuant to 28 U.S.C. §3202 I request that the Court hold a hearing in this matter and further state that:

Box No. 1 [ ] I think that the property the Government is taking is exempt under an applicable exemption.

Box No. 2 [ ] I request that this proceeding be transferred to the district of my residence, which

is the _____ District of _____. (name of state)

(DO NOT CHECK THIS BOX IF YOU RESIDE IN THE MIDDLE DISTRICT OF TENNESSEE).

Reason for hearing: _____
(Judgment debtor must state reason)

Dated:_____ Signature:_____

Name:_____

Address:_____

_____

Home phone No.: (___)_____

Daytime phone No. (___)_____


RETURN THIS REQUEST TO:

Clerk's Office
United States District Court
800 United States Courthouse
801 Broadway
Nashville, Tennessee 37203.

SEND COPIES OF THIS REQUEST TO:

Michael L. Roden
Assistant United States Attorney
Office of the United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
Telephone: 615-736-5151
B.P.R. 010595

S & H Installers
605 Davis Drive
Mount Juliet TN 37122